FILED

MAY 19 2020

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
CLEVELAND

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | I N F O R M A T I O N |
| ) | |
| Plaintiff, ) | |
| ) | CASE NO. 1:20 CR 250 |
| v. ) | |
| ) | Title 18, United States Code, |
| NATHANIEL R. DALY, ) | Sections 922(g)(1) and 924(a)(2); |
| ) | Title 21, United States Code, |
| Defendant. ) | Sections 841(a)(1) and (b)(1)(D) |
| ) | |

JUDGE NUGENT

COUNT 1
(Felon in Possession of Firearm, 18 U.S.C. § 922(g)(1) and § 924(a)(2))

The United States Attorney charges:

1. On or about June 19, 2018, in the Northern District of Ohio, Eastern Division, Defendant NATHANIEL R. DALY, knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, that being: Attempted Criminal Possession of a Weapon in the Second Degree, on or about April 25, 2017, in Case No. 17-12, in the County Court for Genesee County, New York, knowingly possessed in and affecting interstate commerce firearms, to wit: a Del-Ton Industries, M4 style, 5.56mm caliber semiautomatic assault rifle, serial number DTI-S11305; a Mossberg, .410 gauge pump-action shotgun, serial number U175938; a SAR Arms, 9mm caliber semiautomatic pistol, serial number T110216C00964; and a Kimber, Model Ultra, .45 caliber semiautomatic pistol, serial number KU192892, said firearms having been shipped and transported in interstate commerce, in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

## COUNT 2
(Possession with Intent to Distribute Controlled Substances,
21 U.S.C. §§ 841(a)(1) and (b)(1)(D))

The United States Attorney further charges:

2. On or about June 19, 2018, in the Northern District of Ohio, Eastern Division, Defendant NATHANIEL R. DALY did knowingly and intentionally possess with intent to distribute approximately 4.04 kilograms of a mixture or substance containing a detectable amount of marijuana, a Schedule I controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(D).

## FORFEITURE

The United States Attorney further charges:

3. For the purpose of alleging forfeiture pursuant to Title 21, United States Code, Section 853, Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c), the allegations of Counts 1 and 2, inclusive, are incorporated herein by reference. As a result of the foregoing offenses, Defendant NATHANIEL R. DALY shall forfeit to the United States any and all property constituting, or derived from, any proceeds he obtained, directly or indirectly, as the result of such violations; any and all of his property used or intended to be used, in any manner or part, to commit or to facilitate the commission of such violations; and, any and all property (including firearms and ammunition) involved in or used in the commission of such violations; including, but not limited to, the following:

    a. $38,580 in U.S. Currency;

    b. a Del-Ton Industries M4 style 5.56mm caliber semiautomatic assault rifle, serial number DTI-S11305;

    c. a Mossberg .410 gauge pump-action shotgun, serial number U175938;

    d.    a SAR Arms 9mm caliber semiautomatic pistol, serial number T110216C00964;

    e.    a Kimber, Model Ultra, semiautomatic .45 caliber pistol, serial number KU192892; and

    f.    Miscellaneous ammunition.

JUSTIN E. HERDMAN
United States Attorney

By: _____
Robert J. Patton, Chief
Violent Crime Unit